UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

REINALDO MONTALVO LOPEZ,

    Plaintiff

vs.                                              CIVIL NO. 98-2450 (JP)

JUNTA DE LIBERTAD BAJO PALABRA, et al.,

    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** February 8, 1999; March 9, 1999; April 5, 1999; May 28, 1999<br>**Docket #** 3, 4, 5, 8<br><br>[X] **Plffs**   [] **Defts**<br><br>**Title:** Motion to Proceed *In Forma Pauperis*; Notification | **GRANTED.** Plaintiff's motion to proceed in forma pauperis is hereby **GRANTED.** An initial filing fee of $42.23, representing 20% of the average monthly deposits to Plaintiff's prison trust account from December 1998 to May 1997, shall be assessed. The Court therefore **ORDERS** Servicios Correccionales de Puerto Rico Ponce Adultos to pay to the Clerk of the Court, from the prison trust account of Reinaldo Montalvo López, the amount of $42.23 on or before **October 23, 2000.** Thereafter, on or before the tenth day of each month, beginning in **December 2000**, Servicios Correccionales de Puerto Rico Ponce Adultos **SHALL** forward a payment to the Clerk of the Court, of 20% of the monthly income deposited to Plaintiff's account in the preceding month, but only when the account balance exceeds $10.00. |

Date: 10/4/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By:       #11

c/c: Servicios Correccionales de PR Ponce Adultos thru USM
        (finance) & USM (for issuance of summons)
10/5/00