UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

REINALDO MONTALVO LOPEZ,

    Plaintiff

vs.                                               CIVIL NO. 98-2450 (JP)

JUNTA DE LIBERTAD BAJO PALABRA, et al.,

    Defendants

## ORDER

The Court previously ordered Plaintiff to inform the Court on or before May 1, 2000 as to the status of proceedings or the final disposition of the case that Plaintiff filed in the Tribunal Superior de Aguadilla on July 13, 1998. The Court indicated its belief that the instant action may be barred by the doctrine of res judicata, and warned Plaintiff that failure to provide information concerning the local case would result in the dismissal of this action. Thus, the Court hereby **ORDERS** Plaintiff to **SHOW CAUSE**, on or before **December 15, 2000**, as to why this case should not be dismissed for failure to comply with the Order of this Court.

This Order **SHALL** be **TRANSLATED** into the Spanish language by a Court translator on or before **November 17, 2000**, and the translation **SHALL** forthwith be transmitted to the Plaintiff along with the Order in the English language.

Date: 11/16/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By:     # 12