IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| REINALDO MONTALVO LOPEZ, | * |
| Plaintiff | * |
| vs. | *   CIVIL NO. 98-2450 (JP) |
| JUNTA DE LIBERTAD BAJO PALABRA, et al., | * |
| Defendants | * |

## JUDGMENT

In the *pro se* Complaint, filed on December 29, 1998, Plaintiff Reinaldo Montalvo López indicated that he had filed an action in the Superior Court of Aguadilla on July 13, 1998 based on the same facts at issue in the instant case. He further stated that a hearing had been held in the local case on July 30, 1998. On March 28, 2000, this Court ordered Plaintiff to inform the Court, on or before May 1, 2000, of the status of the local case, and noted its concern that the federal case might be barred by the doctrine of res judicata. Plaintiff failed to so inform the Court. On November 16, 2000, the Court ordered Plaintiff to show cause, on or before December 15, 2000, why the Complaint should not be dismissed for failure to inform this Court of the status of his case in the Superior Court of Aguadilla. Again, Plaintiff failed to respond to the Order.

AO 72A
(Rev 8/82)

c/c Hilda Gutierrez-Rush
Serv. Correccionales de Ponce thru USM

CIVIL NO. 98-2450 (JP)                    2

In view that Plaintiff has failed to inform the Court of the status of his case filed with the Superior Court of Aguadilla, and that he was provided notice on two occasions that failure to respond to the Court's Orders would result in the dismissal of the instant action, the Court hereby **DISMISSES** the above-captioned Complaint **WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

This Judgment **SHALL** be translated into the Spanish language by a Court translator on or before **December 21, 2000**, and the translation **SHALL** forthwith be transmitted to Plaintiff along with this Judgment in the English language.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 19th day of December, 2000.

JAIME PIERAS, JR.
U. S. SENIOR DISTRICT JUDGE